# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3683

_____

Mary Besong Oben; Treasure Tayui Oben; Cynthia Orock Mika Oben

*Petitioner*s

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 7, 2013
Filed: August 22, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Cameroonian citizens Mary Oben and her two daughters, Treasure Oben and Cynthia Oben, petition for review of an order of the Board of Immigration Appeals (BIA), upholding an immigration judge's denial of asylum, withholding of removal,

and relief under the Convention Against Torture (CAT).[1]  After careful review, we find no basis for reversal.  In particular, we conclude that the immigration judge's adverse credibility determination, which was specifically upheld by the BIA, was supported by substantial evidence on the administrative record as a whole.  See Ali v. Holder, 686 F.3d 534, 538 (8th Cir. 2012) (standard of review); Fofanah v. Gonzales, 447 F.3d 1037, 1040 (8th Cir. 2006) (noting that adverse credibility finding was fatal to asylum, withholding-of-removal, and CAT claims because they were all "based upon the same discredited testimony").  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____

_____

[1]Treasure Oben and Cynthia Oben were listed as derivative beneficiaries on Mary Oben's application for relief.